NUMBER 13-09-00048-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

HEART CLINIC, P.L.L.C., Appellant,


v.



DORA RIOS, Appellee. 

 ____________________________________________________________


On appeal from the County Court at Law No. 6


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Benavides, and Vela


Memorandum Opinion Per Curiam


 Appellant, Heart Clinic, P.L.L.C., perfected an appeal from a judgment entered by
the County Court at Law No. 6 of Hidalgo County, Texas, in cause number CL-08-1959-F. 
Appellant has filed a motion to voluntarily dismiss the appeal on grounds that appellant no
longer wishes to pursue this appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion for
voluntarily dismissal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at appellant's request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.


 PER CURIAM

Memorandum Opinion delivered 

and filed this the 24th day of September, 2009.